UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK (BUFFALO)

In Re:

DEBORAH ANN BUCZEK,

Debtor.

**ORDER TERMINATING
THE AUTOMATIC STAY**
Case No. 1-18-11401-CLB
Chapter 13

KEYBANK, N.A. ("Movant") having moved this Court pursuant to a Motion for Relief from Automatic Stay [Doc. 105 ] dated March 4, 2019, seeking authorization for Movant to enforce its rights and remedies under applicable laws regarding the and sell the Real Property Located at 7335 Derby Road, Derby, NY 14047 (the "Real Estate"), and sufficient cause having been shown, and after due deliberation by this Court, it is

**ORDERED,** that the stay imposed against Movant pursuant to §362(a) of the Bankruptcy Code is terminated, and Movant is authorized to take any and all lawful actions necessary to enforce its rights and remedies, including foreclosure and sale of the Real Estate under applicable State Law, and it is further

**ORDERED,** that in the event of the sale of the Real Estate, Movant shall account to the Trustee of any surplus monies that may exist after the sale.

Dated: APR - 1 2019

_____
HONORABLE CARL L. BUCKI



WWR #040127509