UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    Deborah Ann Buczek

Debtor(s)

Case No.: 1−18−11401−CLB  
Chapter: 13

SSN: xxx−xx−3444

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **April 1, 2019**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #126: Order Granting Motion For Relief From Stay re: 7335 Derby Road, Derby, NY 14047 (RE: related doc(s) 105 Motion for Relief From Stay). Signed on 4/1/2019. NOTICE OF ENTRY. (Pinto, M.)

Date: April 1, 2019

Lisa Bertino Beaser  
Clerk of Court

Form ntcentry/Doc 126  
www.nywb.uscourts.gov