# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: pinto | Date Created: 4/1/2019 |
| Case: 1−18−11401−CLB | Form ID: noe362 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
tr     Albert J. Mogavero     buffaloch13@choiceonemail.com
aty     Geoffrey J. Peters     colnyecf@weltman.com

                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Deborah Ann Buczek     PO Box 73     North Evans, NY 14112
smg     Office of the U.S. Trustee     300 Pearl Street, Suite 401     Olympic Towers     Buffalo, NY 14202
       HSBC     P.O. Box 5452     Mt. Laurel, NY 08054
       Seterus Inc.     P.O. Box 1047     Hartford, CT 06143

                                                       TOTAL: 4